UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -v-   20-mj-4462 (KHP)

JUAN CARLOS BONILLA VALLADARES,   ORDER

              Defendant.

---------------------------------------------------------------- X

KATHARINE H. PARKER, United States Magistrate Judge:

Defendant's and the Government's response to the request by the media for the unsealing of Defendant's financial affidavit shall be filed by no later than May 20, 2022.

SO ORDERED.

Dated: May 12, 2022
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge